## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| JAMES HODGES, | |
| Plaintiff, | Case No. 1:19-cv-02185-JPH-DLP |
| v. | Honorable Judge James Patrick Hanlon |
| IMC CREDIT SERVICES, LLC, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** James Hodges ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Notice is hereby provided that Plaintiff James Hodges is voluntarily dismissing his claims as to IMC Credit Services, LLC ("Defendant") with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: May 20, 2020

Respectfully Submitted,

JAMES HODGES

IMC CREDIT SERVICES, LLC

*/s/Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

*/s/ Jackson L. Schroeder (with consent)*
Jackson L. Schroeder
*Counsel for Defendant*
Kightlinger & Gray, LLP
211 North Pennsylvania Street
Indianapolis, Indiana 46204
Phone: (317) 638-4521
jschroeder@k-glaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher